JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KRUPPE,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN,<br><br>    Defendant. | CV 22-8547-RSWL-KES<br><br>**ORDER re: Dismissal for Failure to Prosecute** |

On November 22, 2022, the Court ordered Plaintiff to pay the appropriate filing fee or submit a Request to Proceed Without Prepayment of Filing Fees with a Declaration in Support no later than December 22, 2022. To date, Plaintiff has not paid the filing fee or submitted a Request.

///

///

///

1

Accordingly, the Court **DISMISSES** this Action pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to obey an order of this Court.

**IT IS SO ORDERED.**

DATED: January 6, 2023         /S/ RONALD S.W. LEW
                               _____
                               **HONORABLE RONALD S.W. LEW**
                               Senior U.S. District Judge